MCGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

**FILED**

JUN 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SEALED ) NO. 2:07-SW-0182 KJM
)
)
) UNDER SEAL
)

**SEALED**

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents in the above-captioned matter be and are hereby ordered SEALED until further order of this Court.

Dated: June 13, 2007

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge