McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716

FILED
JUN 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF 2333 NORTH PRICE AVENUE FRESNO, CALIFORNIA | No. 2:07-sw-00182 KJM<br><br>**APPLICATION TO UNSEAL SEARCH WARRANT AND [proposed] ORDER** |

On June 13, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, the defendant was indicted by a federal grand jury, case number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 21, 2007

                          Respectfully submitted,

                          McGREGOR W. SCOTT
                          United States Attorney

By: _/s/ Ellen V. Endrizzi_
     ELLEN V. ENDRIZZI
     Assistant U.S. Attorney

1  **O R D E R**

2  Upon application of the United States of America and good cause
3  having been shown,
4  IT IS HEREBY ORDERED that the United States' Application to
5  Unseal Search Warrant, filed in case number 2:07-sw-00182 KJM, is
6  GRANTED.

7
8  DATED: June 21, 2007

9
10                                    HONORABLE KIMBERLY J. MUELLER
                                      United States Magistrate Judge